Case 5:20-cv-00626-OLG   Document 13   Filed 02/02/21   Page 1 of 2

FILED
February 02, 2021
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____ JU
                    DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| ALEXANDER MOLINA, §<br>    *Plaintiff*, §<br>§<br>*v.* §<br>§<br>SMURFIT KAPPA NORTH AMERICA, §<br>LLC, §<br>    *Defendant.* § | Civil Action No. 5:20-cv-00626-OLG |

## **ORDER**

On this day, the Court considered the status of the above-captioned case. On September 2, 2020, Plaintiff's counsel filed a Motion to Withdraw and to abate the case for 90 days for Plaintiff to find new counsel. *See* docket no. 10. On September 18, 2020, the Court granted that Motion. On September 22, 2020, a mailed copy of the Court's Order was sent to Plaintiff, but it was returned as undeliverable due to an incorrect address. *See* docket no. 11. As a result, the Court entered a Show Cause Order on January 11, 2021, ordering Plaintiff to update his address in accordance with Local Rule CV-10(d) and advise on the status of the case and his search for counsel. *See* docket no. 12. The Court warned Plaintiff that a failure to do so within ten days would result in the dismissal of his claims for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). *Id.* Plaintiff has not responded or otherwise participated in this litigation.

Local Rule CV-10(d) provides that "An unrepresented party . . . must timely inform the court of any change in the party's . . . mailing address." The Rule further warns that the Court "may sanction a party for the party's . . . failure to do so, including dismissal of the party's claims or defenses." Plaintiff has failed to inform the Court of his change in address. He has also failed to respond to the Court's Show Cause Order or otherwise litigate this case.

Accordingly, the Court finds that Plaintiff's claims should be **DISMISSED** for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

This case is **CLOSED**.

It is so **ORDERED**.

**SIGNED** this  2nd  day of February, 2021.

ORLANDO L. GARCIA
CHIEF UNITED STATES DISTRICT JUDGE