AO 450 (Rev. 01/09)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

**FILED**

February 02, 2021

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____ MGR _____

DEPUTY

| | | |
|---|---|---|
| Alexander Molina | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.  5:20-cv-626-OLG |
| Smurfit Kappa North America, LLC | ) | |
| *Defendant* | ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ _____ .

☑ other:  The Court finds that Plaintiff's claims should be DISMISSED for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   Orlando L. Garcia _____

Date:    02/03/2021 _____

CLERK OF COURT        JEANNETTE J. CLACK

_____
*Signature of Clerk or Deputy Clerk*